NIDIA PATRICIA HERNANDEZ,

    Plaintiff,

v.             Case No: 6:16-cv-1017-Orl-28TBS

TERESA JACOBS, DEANNE ADAMS,
TERRY L. MEYER, GABRIEL RAMOS,
JERRY HADDOCK, ROBERTA
THOMAS, ELLEN RITTEN, COURTNEY
PADGETT, JANE JENKINS, JENNIFER
A. KOROPATNICKI, SEAN FARRELL,
LATASHA MCGEE, SANDRA LEWIS,
ORANGE COUNTY, FLORIDA and
BETTY CARDONA,

    Defendants.

---

# ORDER

   This case is before the Court on the Motions to Dismiss filed by Defendant Orange

County (Doc. 151), Defendants Cardona, McGee, and Lewis (Doc. 152), and Defendants

Jacobs, Adams, Meyer, Ramos, Haddock, Thomas, Ritten, Padgett, Jenkins, Koropatnicki,

and Farrell (Doc. 153). The assigned United States Magistrate Judge submitted a Report

(Doc. 166) recommending that Orange County's motion (Doc. 151) be denied, and the

motions filed by Defendants Cardona, McGee, Lewis, Jacobs, Adams, Meyer, Ramos,

Haddock, Thomas, Ritten, Padgett, Jenkins, Koropatnicki, and Farrell ("individual

Defendants") (Docs. 152, 153) be granted. Plaintiff filed an Objection to the Report (Doc.

167) and the individual Defendants filed responses to the Plaintiff's objection (Docs. 168,

169).

After a *de novo* review of the record in this matter, including consideration of the Objection (Doc.167) filed by Plaintiff and the individual Defendants' responses (Docs. 168, 169) thereto, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 166) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Dismiss filed by Defendant Orange County, Florida (Doc. No. 151) is **DENIED**.

3. The Motion to Dismiss filed by Defendants Cardona, McGee, and Lewis (Doc. 152) is **GRANTED**, and the claims against them are dismissed without leave to amend.

4. The Motion to Dismiss filed by Defendants Jacobs, Adams, Meyer, Ramos, Haddock, Thomas, Ritten, Padgett, Jenkins, Koropatnicki, and Farrell (Doc. 153) is **GRANTED**, and the claims against them are dismissed without leave to amend.

5. Defendant Orange County, Florida shall file its Answer to the Second Amended Complaint (Doc. 148) no later than September 12, 2017.

**DONE** and **ORDERED** in Orlando, Florida, on August 28, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Parties